**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | : |
| | : **Action No. 4:07cr99** |
| | : |
| **DUSTIN WALKER,** | : |
| | : |
| **Defendant.** | : |
| | : |

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT and
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts 1 and 3 of a fourteen (14) count Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for March 27, 2008 at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
**Walter D. Kelley, Jr.
United States District Judge**

Norfolk, Virginia
January 18, 2008